Michael R. Goffer, Esquire
Attorney I.D. No. 53992
**LAW OFFICES OF MICHAEL R. GOFFER**
1603 Monsey Avenue
Scranton, Pennsylvania 18509-1938
Phone (570) 342-3207
Fax (570) 342-8178

*ATTORNEY FOR THE PLAINTIFFS,*
*JOHN DORIS and THERESA DORIS*

### IN THE UNITED STATES DISTRICT COURT FOR
### THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DORIS and THERESA DORIS, his wife, | : | |
| Plaintiffs | : | CIVIL ACTION - LAW |
| VS. | : | |
| ALLEGHENY COUNTY AIRPORT AUTHORITY, | : | |
| and | : | |
| U.S. AIRWAYS, INC., et al. | : | |
| Defendants | : | NO. 05 - 1631 |

## ORDER

AND NOW, on this 22nd day of Sept 2006, IT IS HEREBY

**ORDERED AND DECREED** that Plaintiff's attorney and/or representative is permitted to take photographs of the jet way and area where Plaintiff fell and sustained injuries on March 10, 2006 at Allegheny County Airport in regards to the above referenced matter.

BY THE COURT,

_____

1